UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SARAH PENDER, )<br>)<br>Petitioner, )<br>v. )<br>)<br>JULIE SMITH, )<br>)<br>Respondent. ) | No. 1:07-cv- 464-DFH-WTL |

**Entry Discussing Petition for a Writ of Habeas Corpus**

For the reasons explained in this Entry, Sarah Pender's petition for writ of habeas must be dismissed. This conclusion is based on the following facts and circumstances:

1. Pender seeks relief in this action from her 2002 convictions in Marion County for the murders of Andrew Cataldi and Tricia Nordman.

2. On August 4, 2008, Pender escaped from the Rockville Correctional Facility. Invoking the Fugitive Disentitlement Doctrine, respondent seeks dismissal of the action. This doctrine allows dismissal when a petitioner becomes a fugitive before adjudication. See *Chikwanda v. Mukasey*, 2008 WL 2600719 (7th Cir. 2008).

3. Pender remains a fugitive from the Indiana Department of Correction. Accordingly, the respondent's motion to dismiss (dkt 18) is **granted.** Judgment consistent with this Entry shall now issue.

So ordered.

_____
DAVID F. HAMILTON, Chief Judge
United States District Court

Date:   9/5/2008